**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group Incorporated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Agriculture, et al., <br><br> Defendants. | No. CV-15-01511-PHX-NVW <br><br> **ORDER** |

Before the court is Plaintiff's Application for Temporary Restraining Order (Ex Parte) and Writ of Mandamus (Doc. 2).  Under Federal Rule of Civil Procedure 65(b)(1)(B), a "court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if . . . the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required."  No such certification is attached to Plaintiff's Application.  Accordingly, Plaintiff's requested ex parte restraining order must be denied.

IT IS THERFEORE ORDERED that Plaintiff's Application for Temporary Restraining Order (Ex Parte) and Writ of Mandamus (Doc. 2) is denied.

IT IS FURTHER ORDERED that Plaintiff serve Defendants with process no later than noon on Friday, August 7, 2015.

IT IS FURTHER ORDERED that the parties appear for a scheduling conference at 11 a.m. on Wednesday, August 12, 2015, in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003. The court will not decide the merits of any relief at that conference.

Dated this 5th day of August, 2015.

                                              Neil V. Wake
                                     United States District Judge